**Darryl ALLMOND, Plaintiff–Appellant,**

v.

**DEPARTMENT OF FAMILY SERVICES, Fairfax; Yvonne Wallace; Jerry Nichols; Francisca Birago; Juani Diaz; Ann Covillon; Judy Slynn; Robert Watson; Sonia Rivero; Virginia Department of Social Services, Defendants-appellees.**

No. 02–1507.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 5, 2002.

Decided Sept. 10, 2002.

Darryl Allmond, Appellant Pro Se.

Before MOTZ, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Darryl Allmond seeks to appeal the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Allmond v. Department of Family Servs.,* No. CA–02–448–A (E.D. Va. filed May 2, 2002; entered May 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*